IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOHN L. MAIN,<br><br>                    Defendant. | 8:13CR84<br><br>ORDER |

Defendant's joint motion to continue trial, filing 22, is granted.

**IT IS ORDERED:**

   1.   The above-entitled case is rescheduled for a jury trial before the Honorable Richard G. Kopf, Senior United States District Judge, to begin **Tuesday, November 12, 2013**, **at 9:00 a.m**. in Courtroom 1, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Kopf"s staff.

   2.   Any motions for a continuance of this trial date shall be electronically filed on or before **November 1, 2013**, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq*. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

   3.   Counsel for the United States shall confer with defense counsel and, no later than **November 5, 2013**, advise the court of the anticipated length of trial.

   4.   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

**DATED**  September 12, 2013.

                                                            BY THE COURT:

                                                            s/ Thomas D. Thalken
                                                            United States Magistrate Judge